1  FRED ALVAREZ (State Bar No. 68115)
   DANIEL M. BRUGGEBREW (State Bar No. 307037)
2  OLIVER W. HAMILTON (State Bar No. 340054)
   COBLENTZ PATCH DUFFY & BASS LLP
3  One Montgomery Street, Suite 3000
   San Francisco, California 94104-5500
4  Telephone: 415.391.4800
   Facsimile: 415.989.1663
5  Email:   ef-fwa@cpdb.com
            ef-dmb@cpdb.com
6           ef-owh@cpdb.com

7  Attorneys for Defendant
   BOHEMIAN CLUB
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13 | RON ROUSSELL, as an individual and on behalf of all other similarly situated Class Members, | Case No. 3:24-cv-03973
14 | | **DEFENDANT BOHEMIAN CLUB'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
15 | Plaintiff, |
16 | v. |
17 | BOHEMIAN CLUB, a California Nonprofit Corporation; and DOES 1-100, inclusive, |
18 | |
19 | Defendant. |

Pursuant to Civil L.R. 3-15, Defendant Bohemian Club, by and through its undersigned attorneys, hereby certifies that as of this date, other than the named parties, there is no conflict or interest to report.

DATED: July 1, 2024                    COBLENTZ PATCH DUFFY & BASS LLP


By:    */s/ Daniel Bruggebrew*
       DANIEL M. BRUGGEBREW
       Attorneys for Defendant
       BOHEMIAN CLUB

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

009468.0006 4865-2010-6188.3                    2                    Case No. 3:24-cv-03973
**DEFENDANT BOHEMIAN CLUB'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**