FRED ALVAREZ (State Bar No. 68115)
DANIEL M. BRUGGEBREW (State Bar No. 307037)
OLIVER W. HAMILTON (State Bar No. 340054)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:      ef-fwa@cpdb.com
            ef-dmb@cpdb.com
            ef-owh@cpdb.com

Attorneys for Defendants
BOHEMIAN CLUB

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RON ROUSSELL, as an individual and on behalf of all other similarly situated Class Members,<br><br>Plaintiff,<br><br>v.<br><br>BOHEMIAN CLUB, a California Nonprofit Corporation; and DOES 1-100, inclusive,<br><br>Defendant. | Case No. 3:24-cv-03973-LB<br>*Related Case:* Case No. 3:24-cv-03961-LB<br><br>**DEFENDANT BOHEMIAN CLUB'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Magistrate Judge Laurel Beeler<br>Courtroom B – 15th Floor<br><br>Action Filed:   July 1, 2024<br>Trial Date:     None Set |

There is no parent corporation of the Bohemian Club. As a California non-profit corporation under the mutual benefit corporation provisions of the Corporations Code, Bohemian Club does not have stock provided for in its charter. Therefore, there is no publicly held company which owns 10% or more of its stock.

DATED: July 25, 2024                               COBLENTZ PATCH DUFFY & BASS LLP

By:    */s/ Daniel Bruggebrew*
       DANIEL M. BRUGGEBREW
       Attorneys for Defendant
       BOHEMIAN CLUB

BOHEMIAN CLUB'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT